# WILLIAM P. FLAHIVE

LAW OFFICE OF WILLIAM P. FLAHIVE, L.L.C.

DIAMOND SILVER OFFICE COMPLEX

24 ARNETT AVENUE

SUITE 103

LAMBERTVILLE, NEW JERSEY 08530

(609) 397-6390

Fax: (609) 397-3070

bill@wpflahive.com

March 23, 2015

The Hon. Michael A. Hammer, U.S.M.J.
United States District Court
Dr. Martin Luther King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, NJ 07102

    Re: <u>J.L.D. v. Gannon, et al.</u>
      Dkt. No. 15-386

Dear Judge Hammer:

  I am in receipt of your order from the March 20, 2015 telephone conference.

  Your order indicates that Docket Entry 1, plaintiff's complaint, will remain sealed pursuant to further Court order pursuant to the reasons you stated on the record on March 20, 2015.

  Docket Entry 6, plaintiff's amended complaint filed February 13, 2015, remains unsealed. This docket entry contains the same sort of information over which you expressed concern about Docket Entry 1 on March 20, 2015. I am assuming that your reasoning for sealing Docket Entry 1 would be the same with regard to Docket Entry 6.

  By copy of this letter, I would ask that plaintiff contact the Court in writing by March 27, 2015 if plaintiff disputes that Docket Entry 6 should be sealed pursuant to the March 20, 2015 conference. If plaintiff sees some difference between the two docket entries, and a reason that your concerns should not cause sealing of Docket Number 6, I would ask that he advise the Court. I am sure he will copy counsel on any such communication.

  Should plaintiff not communicate his thoughts by March 27, 2015, I would ask that Docket Entry 6 be sealed on March 30, 2015 for the same reasons stated on the record by the Court with regard to Docket Entry 1 on March 20, 2015.

Thank you for your consideration in this matter.

Respectfully Submitted,
LAW OFFICE OF
WILLIAM P. FLAHIVE, L.L.C.

By: /s/ W.P.L.

William P. Flahive

cc: J.L.D. (via ECF)
 DAG Susan Scott (via ECF)
 Edward V. Gannon (via hand delivery)