## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| J.L.D., Pro Se, | : |
| | : Civ. No. 15-386 (KM) |
| Plaintiff, | : |
| v. | : |
| | : ORDER |
| EDWARD V. GANNON, et al., | : |
| Defendants. | : |

This matter having come before the Court by way of a letter [D.E. 22] filed on April 3, 2015 by Defendant Edward V. Gannon ("Defendant") seeking to: (i) reinstate Defendant Gannon's motion to dismiss Plaintiff's Complaint; and (ii) file motions relating to Plaintiff's alleged posting of confidential materials on Plaintiff's social media accounts;

and the Court having considered Defendant's letter and the applicable law;

and the Court having previously Ordered that Plaintiff shall file a Second Amended Complaint on or before April 23, 2015 [D.E. 17];

and for good cause shown,

**IT IS ON THIS 6th day of April, 2015,**

1

**ORDERED** that **on or before April 14, 2015**, Plaintiff shall file a letter with this Court that: (i) responds to the factual allegations asserted by Defendant in his April 3, 2015 letter regarding the parties' inability to meet and confer and resolve outstanding disputes concerning Plaintiff's social media activity; and (ii) indicates whether Plaintiff will file a Second Amended Complaint on or before the Court's **April 23, 2015** deadline.

*s/ Michael A. Hammer*
**UNITED STATES MAGISTRATE JUDGE**